UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20414-CR-GRAHAM/GOODMAN

21 U.S.C. § 846
21 U.S.C. § 853

FILED by _____ D.C.
JUN 21 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

DAVID BRITTO,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around June 2009, the exact date being unknown to the Grand Jury, and continuing through on or about March 4, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID BRITTO,**

did knowingly and intentionally combine, conspire, confederate, and agree with Rafael Guedes and with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## **FORFEITURE ALLEGATIONS**

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DAVID BRITTO,** has an interest.

2. Upon conviction of the offense listed in this Indictment, the defendant shall forfeit all of his respective rights, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA    CASE NO. _____

vs.

DAVID BRITTO,                **CERTIFICATE OF TRIAL ATTORNEY***

_____ Defendant. /

**Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)         Yes ___  No ___
                                         Number of New Defendants ___
_X_ Miami  ___ Key West                  Total number of counts   ___
___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  Yes
   List language and/or dialect  Portuguese

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      X             Petty    ___
   II   6 to 10 days    ___            Minor    ___
   III  11 to 20 days   ___            Misdem.  ___
   IV   21 to 60 days   ___            Felony    X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                        _____
                                        ADAM S. FELS
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court No. A5501040

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAVID BRITTO

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute 500 grams or more of Methamphetamine

Title 21, United States Code, Section 846

**\* Max.Penalty:**      Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.